# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **LAMONTA MCCOY,** | **CASE NO.  5:04CV0810** |
| PETITIONER, | |
| v. | **JUDGE PETER C. ECONOMUS** |
| **GORDON LANE, WARDEN,** | |
| RESPONDENT. | **MEMORANDUM OPINION AND ORDER** |

On May 3, 2004, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his criminal conviction.  This case was referred to Magistrate Judge James S. Gallas for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and LR 72.1 (Dkt. # 7).  On June 29, 2006, Magistrate Judge Gallas filed a report recommending that Petitioner's application for habeas corpus be denied (Dkt. # 19).  On July 14, 2006, Petitioner filed objections to this recommendation (Dkt. # 20).

The Court has reviewed the report and recommendation of the Magistrate Judge, *de novo*.  The Court finds that the report and recommendation (Dkt. # 19) is well-supported and that Petitioner's objections are without merit.  Therefore, Magistrate Judge Gallas' report and recommendation is hereby **ADOPTED** and Petitioner's objections are overruled.

Accordingly, Petitioner's Writ of Habeas Corpus is **DENIED.**  Furthermore, the

court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - August 16, 2006**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**